**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6340**

LUIS ANTONIO ROSADO, JR.,

   Plaintiff - Appellant,

  v.

JOSHUA BARNES; QUAMANYNE M. JOHNSON; LARRY GRIER; MICKEEYN ROBINSON,

   Defendants - Appellees,

  and

SUPERINTENDENT FLEMMINGS; ERIC RIGGS; DA'SHONE JOYNER,

   Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:19-ct-03358-BO)

Submitted:  July 31, 2024          Decided:  August 20, 2024

Before WILKINSON, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Luis Antonio Rosado, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Antonio Rosado, Jr., appeals the district court's order entering judgment in favor of Appellees—Joshua Barnes, Quamanyne Johnson, Larry Grier, and Mickeeyn Robinson—following a jury trial on Rosado's 42 U.S.C. § 1983 claims asserting that Appellees used excessive force against him.

Rosado raises several claims on appeal. First, he contends that Appellees admitted records of disciplinary infractions Rosado incurred after the date of the alleged excessive force. The record does not support this contention. Next, he contends that Appellees committed perjury, but he provides no support for that claim, and we will not second-guess the jury's credibility determinations. Third, he contends that Appellees failed to preserve security camera footage that would have supported his claims, but Appellees asserted—and Rosado does not refute—that there were no cameras in the staff bathroom where the incident occurred. Finally, he contends the district court erred in failing to rule until after trial on his motion to compel witnesses. However, Rosado did not present argument in favor of his motion, and he has not established what testimony those witnesses would have offered. Thus, the district court did not err.

Accordingly, we affirm the district court's judgment. We also deny all pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*